US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 12/3/13

TIME SPENT: /

DOCKET NO. 13 CV 4795

CASE: Bush v NY

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED          1/6 ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Settlement conference 2/19 at 3:00