

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**JOSHUA J. LAX**
Assistant Corporation Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

February 14, 2014

**BY ECF**
Honorable Cheryl E. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    <u>Raven Bush v. City of New York et al</u>, 13 CV 04795 (KAM)(CLP)

Dear Judge Pollak:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.  I write, with the consent of plaintiff's counsel, Baree N. Fett, Esq., to respectfully request a short adjournment of the settlement conference scheduled for February 19, 2014.  The parties have exchanged further discovery and began settlement discussions.  As a result, the parties believe they need some additional materials, including records from the New York City Criminal Court, before continuing these discussions.  As a result, defendant seeks an adjournment of the settlement conference.  Defendant respectfully notes that if this application is granted, counsel for all parties will be before the Court for another conference on February 28, 2014 at 3:30 p.m.

Defendant thanks the Court for its time and consideration.

Respectfully submitted,

/s/

Joshua J. Lax
Special Assistant Corporation Counsel

CC:    Baree N. Fett, Esq. (BY ECF)